UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> PEABODY ENERGY CORPORATION, ) <br> ) <br> Debtor ) <br> _____ ) <br> ) <br> AD HOC COMMITTEE OF NON- ) <br> CONSENTING CREDITORS ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> PEABODY ENERGY CORPORATION, ) <br> et al., ) <br> ) <br> Appellees. ) | No. 4:17-CV-01053-AGF <br><br> Lead Case and Consolidated Cases |

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the appeal is **DISMISSED** and, alternatively, the judgment of the Bankruptcy Court is **AFFIRMED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2017.