# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Peabody Energy Corporation, *et al.*, | Case No. 16-42529-399 |
| *Debtors*. | (Jointly Administered) |
| Ad Hoc Committee of Non-Consenting Creditors, | |
| *Appellant,* | |
| v. | U.S. District Court |
| Peabody Energy Corporation, *et al.*, Debtors, | No. 4:17-CV-01053-AGF |
| *Appellees*. | |

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

The Ad Hoc Committee of Non-Consenting Creditors (the "Committee")[1]

appeals to the United States Court of Appeals for the Eighth Circuit from the final

---

[1] The Ad Hoc Committee is comprised of certain beneficial holders of, and investment managers or advisors to, certain beneficial holders of, among other things, Second Lien Notes (the 10.00% senior secured second lien notes issued in March 2015 and due March 2022) and Unsecured Senior Notes ((a) the 6.00% senior notes issued in November 2011 and due November 2018, (b) the 6.50% senior notes issued in August and due in September 2020, (c) the 6.25% senior notes issued in November and due in November 2021, and (d) the 7.875% senior

judgment of the District Court for the Eastern District of Missouri, entered in this case[2] on December 29, 2017, dismissing the Committee's appeal and, in the alternative, affirming the judgment of the Bankruptcy Court [Dist. Doc. No. 108].

The parties to the judgment appealed from, and the names and addresses of their respective attorneys, are as follows:

1.  Party:    **Debtors**       Steven N. Cousins, MO 30788
                                Susan K. Ehlers, MO 49855
                                ARMSTRONG TEASDALE LLP
                                7700 Forsyth Boulevard, Suite 1800
                                St. Louis, MO 63105
                                Telephone: (314) 621-5070

                                Heather Lennox
                                JONES DAY
                                North Point
                                901 Lakeside Avenue
                                Cleveland, OH 44114
                                Telephone: (216) 586-3939

                                Amy Edgy
                                Daniel T. Moss
                                JONES DAY

---

notes issued in October 2006 and due in November 2026), issued by the Debtors in the above-referenced chapter 11 cases.

As of January 26, 2018, the members of the Ad Hoc Committee are Citadel Equity Fund Ltd, OZ Management LP, OZ Management II LP, Solus Alternative Asset Management LP, TIG Advisors, LLC, and York Capital Management Global Advisors, LLC.

[2]   The appeals docketed at case numbers 4:17-cv-01085-HEA; 4:17-cv-01086-AGF; 4:17-cv-01089-CDP; 4:17-cv-01091-RWS; and 4:17-cv-01092-JAR have been consolidated with the above-captioned appeal. *See* Order of Consolidation [Dist. Doc. No. 56].

|   |        |                                           |                                      |
|---|--------|-------------------------------------------|--------------------------------------|
|   |        |                                           | 51 Louisiana Avenue, N.W.            |
|   |        |                                           | Washington, D.C. 20001-2113          |
|   |        |                                           | Telephone: (202) 879-3939            |
|   |        |                                           |                                      |
| 2.| Party: | **Official Committee of Unsecured Creditors** | Lorenzo Marinuzzi                |

        Jonathan I. Levine
        Jennifer L. Marines
        Daniel J. Harris
        Melissa A. Hager
        MORRISON & FOERSTER LLP
        250 West 55th Street
        New York, New York 10019-9601
        Telephone: (212) 468-8000

        Joseph R. Palmore
        Marc A. Hearron
        MORRISON & FOERSTER LLP
        2000 Pennsylvania Ave., NW
        Suite 6000
        Washington, D.C. 20006
        Telephone: (202) 887-6940

        Eric C. Peterson MO #62429
        Sherry K. Dreisewerd MO #47908
        Ryan C. Hardy MO #62926
        SPENCER FANE LLP
        1 North Brentwood Boulevard
        Suite 1000
        St. Louis, MO 63105
        Telephone: (314) 863-7733

        Steven J. Reisman
        Eliot Lauer
        Peter J. Behmke
        Cindi M. Giglio
        CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
        101 Park Avenue
        New York, New York 10178-0061

Telephone: (212) 696-6000

| | | |
|---|---|---|
| 3. Party: | **Citibank, N.A., as Administrative Agent Under the First Lien Credit Agreement** | Lloyd A. Palans, #22650MO<br>Brian C. Walsh, #58091MO<br>Laura Uberti Hughes, #60732MO<br>BRYAN CAVE LLP<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>Telephone: (314) 259-2000<br><br>Damian S. Schaible<br>Darren S. Klein<br>Angela M. Libby<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000 |
| 4. Party: | **Contrarian Capital Management, LLC** | John G. Young, Jr.<br>STINSON AND LEONARD LLP<br>7700 Forsyth Boulevard<br>Suite 1100<br>St. Louis, Missouri 63105<br>Telephone: (314) 863-0800<br><br>Jonathan Louis Frank<br>Jay M. Goffman<br>Shana A. Elberg<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM   LLP<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000 |
| 5. Party: | **Panning Capital Management, LP** | John G. Young, Jr.<br>STINSON AND LEONARD LLP<br>7700 Forsyth Boulevard<br>Suite 1100 |

|   |   |   |   |
|---|---|---|---|
|   |   |   | St. Louis, Missouri 63105<br>Telephone: (314) 863-0800<br><br>Jonathan Louis Frank<br>Jay M. Goffman<br>Shana A. Elberg<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM   LLP<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000 |
| 6. | Party: | **PointState Capital LP** | John G. Young, Jr.<br>STINSON AND LEONARD LLP<br>7700 Forsyth Boulevard<br>Suite 1100<br>St. Louis, Missouri 63105<br>Telephone: (314) 863-0800<br><br>Jonathan Louis Frank<br>Jay M. Goffman<br>Shana A. Elberg<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM   LLP<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000 |
| 7. | Party: | **South Dakota Investment Council** | Jordan J. Feist<br>WOODS, FULLER, SHULTZ & SMITH P.C.<br>PO Box 5027<br>300 South Phillips Avenue, Suite 300<br>Sioux Falls, SD 57117<br>Telephone: (605) 336-3890<br><br>Robert A. Breidenbach<br>(ARN 41557MO, MBE 41557)<br>Norman W. Pressman<br>(ARN 23900MO, MBE 23900) |

- 5 -

|  |  |  |
|---|---|---|
|  |  | GOLDSTEIN & PRESSMAN, P.C.<br>10326 Old Olive Street Road<br>St. Louis, MO 63141-5922<br>Telephone: (314) 727-1717 |
| 8. Party: | **South Dakota Retirement System** | Jordan J. Feist<br>WOODS, FULLER, SHULTZ & SMITH P.C.<br>PO Box 5027<br>300 South Phillips Avenue, Suite 300<br>Sioux Falls, SD 57117<br>Telephone: (605) 336-3890<br><br>Robert A. Breidenbach<br>(ARN 41557MO, MBE 41557)<br>Norman W. Pressman<br>(ARN 23900MO, MBE 23900)<br>GOLDSTEIN & PRESSMAN, P.C.<br>10326 Old Olive Street Road<br>St. Louis, MO 63141-5922<br>Telephone: (314) 727-1717 |
| 9. Party: | **Aurelius Capital Management, LP** | Gregory D. Willard, #30192MO<br>John G. Boyle, #30776MO<br>Alec L. Moen, #68279MO<br>DOSTER, ULLOM & BOYLE, LLC<br>16090 Swingley Ridge Road, Suite 620<br>St. Louis, Missouri 63017<br>Telephone: (636) 532-0042<br><br>Kenneth H. Eckstein<br>P. Bradley O'Neill<br>Stephen D. Zide<br>David E. Blabey, Jr.<br>Andrew M. Dove<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036-2714<br>Telephone: (212) 715-9100 |

| | | |
|---|---|---|
| 10. Party: | **Elliott Management Corporation** | Gregory D. Willard, #30192MO<br>John G. Boyle, #30776MO<br>Alec L. Moen, #68279MO<br>DOSTER, ULLOM & BOYLE, LLC<br>16090 Swingley Ridge Road, Suite 620<br>St. Louis, Missouri 63017<br>Telephone: (636) 532-0042<br><br>Kenneth H. Eckstein<br>P. Bradley O'Neill<br>Stephen D. Zide<br>David E. Blabey, Jr.<br>Andrew M. Dove<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036-2714<br>Telephone: (212) 715-9100 |
| 11. Party: | **Discovery Capital Management** | Stephen E. Hessler, P.C.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4974<br><br>Daniel T. Donovan<br>Tiffany A. Rowe<br>Robert L. Littlehale<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W.<br>Suite 1200<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br><br>Brian Ford<br>Melissa N. Koss<br>KIRKLAND & ELLIS LLP<br>555 California St. |

|     |        |                                          |                                                                                                                                       |
|-----|--------|------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------|
|     |        |                                          | San Francisco, California 94104<br>Telephone: (415) 439-1655                                                                          |
| 12. | Party: | **Wilmington Trust Company**             | Richard J. Bernard<br>FOLEY AND LARDNER, LLP<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 682-7474                |
| 13. | Party: | **Wilmington Savings Fund Society, FSB** | Howard S. Steel<br>Jill L. Forster<br>BROWN RUDNICK, LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800 |
|     |        |                                          | Spencer P. Desai<br>Thomas H. Riske<br>CARMODY MACDONALD, P.C.<br>120 South Central Ave.<br>Suite 1800<br>St. Louis, Missouri 63105<br>Telephone: (314) 854-8600 |
| 14. | Party: | **PNC Bank National Association**        | Brian Trust<br>Christine A. Walsh<br>MAYER BROWN<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500 |

| | |
|---|---|
| Dated:  January 26, 2018 | **HERREN, DARE & STREETT** |

/s/ *David Dare*

David Dare #35965Mo
439 South Kirkwood Road
Suite 204
St. Louis, MO 63122
Telephone: (314) 965-3373
Facsimile:  (314) 965-2225
Email:     ddare@hdsstl.com

**MILBANK, TWEED, HADLEY & McCLOY LLP**

Gerard Uzzi (admitted *pro hac vice*)
Eric K. Stodola (admitted *pro hac vice*)
Alan J. Stone (admitted *pro hac vice*)
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email:     guzzi@milbank.com
            estodola@milbank.com
            astone@milbank.com

Andrew M. Leblanc (admitted *pro hac vice*)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586
Email:     aleblanc@milbank.com

*Counsel for the Ad Hoc Committee
Of Non-Consenting Creditors*

## **CERTIFICATE OF SERVICE**

The Notice of Electronic Filing indicates that all necessary parties were served with this document via the Court's CM/ECF system.

<u>/s/ *David Dare*            </u>